**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CERVANTES,<br><br>  Petitioner,<br><br>  vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>  Respondent. | CASE NO. SA CV 12-02030 JSL (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MIGUEL ANGEL CERVANTES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: Feb. 13, 2013

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE